Form 18

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Mid Continent Steel & Wire, Inc.<br><br>                    Plaintiff,<br>    v.<br>United States<br><br>                    Defendant. | Court No. 15-214<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

Ping Gong_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

[✓]   I am an attorney/consultant representing or retained on behalf of Mid Continent Steel & Wire, Inc. in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

Mid Continent Steel & Wire, Inc. v. United States           Ct. No. 15-214
[Name of proceeding]                                        [Case or investigation no.]

OR

2)     TERMINATION BY A FIRM

☐   I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____      _____
[Name of proceeding]            [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

**Ping Gong**
[Attorney or consultant]

The Bristol Group PLLC

1707 L St NW, Suite 570

Washington, DC 20036
[Address and Telephone Number]

Date: 4/21/2022

## Schedule to Notification of Termination of Access
## to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 11-102 | *The Stanley Works (Langfang) Fastening Systems Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 11-119 | *Mid Continent Nail Corporation v. United States* | Mid Continent Nail Corporation |
| 12-065 | *Itochu Building Products, Co., Inc. et al v. United States* | Mid Continent Nail Corporation |
| 13-132 | *Itochu Building Products Co., Inc. et al v. United States* | Mid Continent Nail Corporation |
| 15-009 | *Itochu Building Products Co., Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 15-109 | *Xi'an Metals & Minerals Import & Export Co., Ltd. v. United States* | Mid Continent Steel & Wire, Inc. |
| 15-213 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 16-127 | *Adee Honey Farms et al v. United States et al* | Monterey Mushrooms, Inc. |
| 16-130 | *Monterey Mushrooms, Inc. et al v. United States et al* | Monterey Mushrooms, Inc. |
| 16-244 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-036 | *OMG, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-051 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-057 | *Simpson Strong-Tie Company v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-071 | *The Stanley Works (Langfang) Fastening Systems Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-131 | *Midwest Fastener Corp. v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-231 | Midwest Fastener Corp. v. United States | Mid Continent Steel & Wire, Inc. |
| 17-269 | *Fastenal Company Purchasing v. United States* | Mid Continent Steel & Wire, Inc. |
| 17-287 | *Simpson Strong-Tie Company v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-025 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-027 | *Pro-Team Coil Nail Enterprise Inc. et al v. United States* | Mid Continent Steel & Wire, Inc. |

| 18-028 | *Unicatch Industrial Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
|---|---|---|
| 18-029 | *Hor Liang Industrial Corp. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-030 | *PrimeSource Building Products, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-032 | *Oman Fasteners, LLC v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-053 | *National Nail Corp. v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-056 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-062 | *Simpson Strong-Tie Company v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-235 | *Mid Continent Steel & Wire, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 18-244 | *Oman Fasteners, LLC v. United States* | Mid Continent Steel & Wire, Inc. |
| 19-052 | *Unicatch Industrial Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 19-072 | *Shanxi Hairui Trade Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 19-075 | *Dezhou Hualude Hardware Products Co., Ltd. v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-045 | *Huttig Building Products, Inc. et al v. United States et al* | American Steel Nail Coalition |
| 20-046 | *Astrotech Steels Private Limited v. United States et al* | American Steel Nail Coalition |
| 20-079 | *Unicatch Industrial Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-080 | *Romp Coil Nails Industries Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-103 | *Xi'an Metals & Minerals Import & Export Co., Ltd. v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-111 | *Shanxi Pioneer Hardware Industrial Co., Ltd. v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-116 | *Building Material Distributors, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |
| 20-118 | *Geekay Wires Ltd. v. United States et al* | American Steel Nail Coalition |
| 20-3831 | *Trinity Manufacturing Incorporated et al v. United States* | Trinity Manufacturing Incorporated, et al. |
| 20-3838 | *Trinity Manufacturing Incorporated et al v. United States* | Trinity Manufacturing Incorporated, et al. |
| 20-3911 | *PrimeSource Building Products, Inc. v. United States* | Mid Continent Steel & Wire, Inc. |

| 20-3934 | *Cheng Ch International Co., Ltd. et al v. United States* | Mid Continent Steel & Wire, Inc. |
| 21-173 | *Tau-Ken Temir LLP et al v. United States* | Globe Specialty Metals, Inc., et al. |
| 21-231 | *Globe Specialty Metals, Inc. et al v. United States* | Globe Specialty Metals, Inc., et al. |